| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Brenda Faye Harris**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4750<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Southern District of New York | |
| Case number: | 21–10168–pb | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brenda Faye Harris

<u>1/19/24</u>    **By the court:** <u>Philip Bentley</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 21-10168-pb |
| Brenda Faye Harris | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 22, 2024 | Form ID: 3180W | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brenda Faye Harris, 2569 7th Avenue, Apt 14 I, New York, NY 10039-3218 |
| 7809757 | + | CLUB EXPLORIA LLC, 4150 N. DRINKWATER BLVD, SCOTTSDALE, AZ 85251-3611 |
| 7809758 | + | ESPLANDE GARDENS, INC,, 2569 ADAM CLAYTON POWELL JR BL, NEW YORK, NY 10039-3202 |
| 7831810 | + | Scott J. Goldstein, 280 West Main Street, Denville, NJ 07834-1233 |
| 7809761 | + | WILLIE J. MARSHALL, JR., 824 THROGS NECK EXPO, BRONX, NY 10465-1650 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jan 23 2024 00:10:00 | AIS Portfolio Services, LP, attn: Ally Bank Department, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 7856693 | + | EDI: AISACG.COM | Jan 23 2024 00:10:00 | AIS Portfolio Services, LP, attn: Ally Financial Department, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 7809752 | + | EDI: GMACFS.COM | Jan 23 2024 00:10:00 | ALLY FINANCIAL, ATTN: BANKRUPTCY, PO BOX 130424, ROSEVILLE, MN 55113-0004 |
| 7809753 | + | Email/PDF: bncnotices@becket-lee.com | Jan 22 2024 19:23:20 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 7812157 | | EDI: GMACFS.COM | Jan 23 2024 00:10:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 7821316 | | Email/PDF: bncnotices@becket-lee.com | Jan 22 2024 19:23:19 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 7809754 | | EDI: BANKAMER | Jan 23 2024 00:10:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, PO BOX 982234, EL PASO, TX 79998 |
| 7809755 | + | EDI: CAPITALONE.COM | Jan 23 2024 00:10:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 7823569 | | EDI: CAPITALONE.COM | Jan 23 2024 00:10:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 7809756 | | EDI: JPMORGANCHASE | Jan 23 2024 00:10:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 7814503 | + | Email/Text: RASEBN@raslg.com | Jan 22 2024 19:09:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 7809759 | + | EDI: NFCU.COM | Jan 23 2024 00:10:00 | NAVY FEDERAL CREDIT UNION, ATTN: BANKRUPTCY, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 7829394 | | EDI: PRA.COM | Jan 23 2024 00:10:00 | Portfolio Recovery Associates, LLC, POB 41067, |

21-10168-pb   Doc 24   Filed 01/24/24   Entered 01/25/24 00:11:45   Imaged
Certificate of Notice   Pg 4 of 4

| District/off: 0208-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 22, 2024 | Form ID: 3180W | Total Noticed: 19 |

| 7809760 | + EDI: SYNC | Jan 23 2024 00:10:00 | SYNCHRONY BANK, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 Norfolk VA 23541 |
|---|---|---|---|

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2024         Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Scott J. Goldstein | on behalf of Debtor Brenda Faye Harris sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net |
| Thomas C. Frost | info@FrostSDNY13.com  tfrost13@ecf.epiqsystems.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 3